IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NATALIE ROGERS HINTON, | : |
| Plaintiff, | : |
| vs. | : |
| | : CIVIL ACTION 13-0418-M |
| CAROLYN W. COLVIN, | : |
| Social Security Commissioner, | : |
| Defendant. | : |

JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** be entered in favor of Defendant Carolyn W. Colvin and against Plaintiff Natalie Rogers Hinton.

DONE this 26th day of March, 2014.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE